## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GEORGE GREEN,

    Plaintiff,

v.                               Case No: 8:16-cv-643-T-30JSS

SECRETARY OF VETERANS AFFAIRS,
SANDRA L. SMITH, LARRY BROWN
and ALLISON WEISE,

    Defendants.

## ORDER OF DISMISSAL

THIS CAUSE is before the Court *sua sponte*. A Second Order to Show Cause (Dkt. #11) was entered on October 4, 2016, directing Plaintiff to respond to Defendants' Motion to Dismiss (Dkt. #9) filed on August 22, 2016. In that Order, the Court admonished Plaintiff that failure to respond would result in dismissal of this action for failure to diligently prosecute. Plaintiff has not responded. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of October, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record